UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-34420 |
|---|---|
| Gary L. Whitlock | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019300**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 18 | SOMERSET FOOD SERVICE<br>BOX 359<br>LEBANON, OH  45036 | 194.82 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/16/2010

Certificate of Service                    09-34420

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Gary L. Whitlock
2562 Vinny Drive
Middletown, OH  45044-3000

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(26.1n)
GE MONEY BANK
RECOVERY MANAGEMENT SYSTEMS
ATTN RAMESH SINGH
25 SE 2ND AVE STE 1120
MIAMI, FL  33131

(18.3)
Somerset Food Service
P.O. Box 799
Somerset, KY  42503

(18.1)
SOMERSET FOOD SERVICE
BOX 359
LEBANON, OH  45036

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                     sv